BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED

FEB 1 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS MAINTAINED IN BANK OF AMERICA ACCOUNT 000462168614, HELD IN THE NAME OF MARCONI COIN & JEWELRY EXCHANGE, CHARLES DUNBAR AND WILLIAM DUNBAR, IN AN AMOUNT UP TO AND INCLUDING $296,308,<br><br>Defendant. | 2:13-SW-00774-KJN<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 2/13/2014

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1